### 30159. HARPER *v.* THE STATE.

BROYLES, C. J. The evidence amply authorized the conviction of burglary, and the overruling of his motion for a new trial (embracing the general grounds only) was not error.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED SEPTEMBER 15, 1943.

*James R. Venable, Frank A. Bowers,* for plaintiff in error.

*John A. Boykin,* solicitor-general, *E. E. Andrews, Durwood T. Pye,* contra.